AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**RS**

| DONNA PRATT | |
|---|---|
| Plaintiff | |
| v. | ) Civil Action No. |
| ARCHSTONE WILLOW GLEN APARTMENTS | ) |
| Defendant | ) |

CV 08   3588

## Summons in a Civil Action

To: *(Defendant's name and address)*

Archstone Willow Glen Apartments
3200 Rubio Drive
San Jose, CA 95125

*See attachment for additional defendants

A lawsuit has been filed against you.

Within ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Rufus L. Cole
Cole & Fasano
720 Market Street, 10th Floor
San Francisco, CA 94102

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
_____
Name of clerk of court

Date: _____ JUL 2 5 2008 _____

ANNA SPRINKLES
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### ATTACHMENT TO SUMMONS

*Donna Pratt vs. Archstone Willow Glen Apartments, Tishman Speyer Archstone-Smith, Cathy Butcher, Orkin Pest Control, Orkin Exterminating Company, Inc.,*

---

Additional Defendants

**TISHMAN SPEYER ARCHSTONE-SMITH**
3190 Rubino Drive
San Jose, CA  95125-6364

**CATHY BUTCHER**
3200 Rubino Drive
San Jose, CA  95125

**ORKIN PEST CONTROL**
6280 E. San Ignacio, Suite E & F
San Jose, CA  95118

**ORKIN EXTERMINATING COMPANY, INC.**
2170 Piedmont Road, NE
Atlanta, GA 30324

F:\Clients Data\PRATT\PLEAD\Attachment to Summons.wpd