1  Theresa L. Kitay (CA Bar #237311)
   Attorney at Law
2  578 Washington Boulevard, Suite 836
   Marina del Rey, CA  90292
3  (310) 578-9134
   Fax (770) 454-0126
4  tkitay@kitaylaw.net
   Attorney for Defendants
5  United Dominion Realty, LP

6           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
7                  SAN JOSE DIVISION

8

9  DONNA PRATT,                          CASE No.: CV:08-3588-RS

10        Plaintiff,                     CERTIFICATE OF INTERESTED
                                         ENTITIES FILED ON BEHALF OF
11      vs.                              DEFENDANTS ARCHSTONE WILLOW
                                         GLEN APARTMENTS, TISHMAN
12 ARCHSTONE WILLOW GLEN                 SPEYER ARCHSTONE-SMITH, and
   APARTMENTS, TISHMAN SPEYER            CATHY BUTCHER
13 ARCHSTONE-SMITH, CATHY
   BUTCHER, ORKIN PEST CONTROL,
14 ORKIN EXTERMINATING
   COMPANY, INC.,
15

16        Defendants.

17       Defendants ARCHSTONE WILLOW GLEN APARTMENTS, TISHMAN SPEYER

18 ARCHSTONE-SMITH, and CATHY BUTCHER, through their undersigned counsel, file this

19 Certificate of Interested Entities or Persons.

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

21 associations of persons, firms, partnerships, corporations (including parent corporations) or other

22 entities (i) have a financial interest in the subject matter in controversy or in a party to the

23

24
                                        1
              Certificate of Interested Entities – Case No. CV: 08-3588-RS

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Tishman Speyer Archstone-Smith Willow Glen, LLC (owner of Willow Glen Apartments)

    Archstone Communities LLC (employer of Cathy Butcher)

    Archstone (sole member of Archstone Communities LLC)

Tishman Speyer Archstone-Smith Multifamily Series I Trust ("Series I Trust") (trustee of Archstone)

    Affiliates of Tishman Speyer Properties LP (indirect owner of Series I Trust)

    Affiliates of Lehman Brothers Inc. (indirect owner of Series I Trust)

    Affiliates of Bank of America, N.A. (indirect owner of Series I Trust)

    Affiliates of Barclays Bank (indirect owner of Series I Trust)

Dated:   August 27, 2008               *s/ Theresa L. Kitay*
                                          Theresa L. Kitay
                                          Attorney at Law
                                          Attorney for ARCHSTONE WILLOW GLEN APARTMENTS, TISHMAN SPEYER ARCHSTONE-SMITH, and CATHY BUTCHER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Rufus L. Cole
>Cole & Fasano
>720 Market Street, 10th Floor
>San Francisco, CA  94102-2500

*s/ Theresa L. Kitay*
Theresa L. Kitay
Attorney at Law