Rufus L. Cole, Esq. (SB# 60843)
COLE & FASANO
720 Market Street, 10th Floor
San Francisco, California 94102-2500
Telephone: [415] 956-8800
Facsimile: [415] 956-8811

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PRATT, RYAN PRATT,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCHSTONE WILLOW GLEN APARTMENTS, ,<br><br>Defendants. | Case No.   CV 08 3588 RS<br><br>STIPULATION TO EXTEND DATE FOR RESPONDING TO COMPLAINT<br><br>COMPLAINT FILED: July 25, 2008 |

Plaintiff DONNA PRATT, by and through her counsel Rufus L. Cole does hereby extend the time by which defendants ORKIN PEST CONTROL and ORKIN EXTERMINATING COMPANY, INC., (collectively "Orkin") shall have to answer or otherwise respond to the complaint to September 11, 2008.

Dated:   August 28, 2008                              COLE & FASANO


                                                            /s/   Rufus L. Cole
                                                     Rufus L. Cole
                                                     Attorneys For Plaintiff

IT IS HEREBY SO ORDERED

Dated: _____          _____
                                                     Magistrate Judge

F:\PRATT\PLEAD\Stipulation.wpd

1

STIPULATION TO EXTEND DATE FOR RESPONDING TO COMPLAINT          Case No. CV 08 3588 RS