|   |   |
|---|---|
| 1 | **Theresa L. Kitay (CA Bar #237311)** |
|   | **Attorney at Law** |
| 2 | **578 Washington Boulevard, Suite 836** |
|   | **Marina del Rey, CA  90292** |
| 3 | **(310) 578-9134** |
|   | **Fax (770) 454-0126** |
| 4 | **tkitay@kitaylaw.net** |
|   | **Attorney for Defendants** |
| 5 | **United Dominion Realty, LP** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **DONNA PRATT,** | CASE No.: CV:08-3588-JF |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE: APPEARANCE OF OUT OF TOWN COUNSEL BY TELEPHONE |
| vs. | |
| **ARCHSTONE WILLOW GLEN APARTMENTS, TISHMAN SPEYER ARCHSTONE-SMITH, CATHY BUTCHER, ORKIN PEST CONTROL, ORKIN EXTERMINATING COMPANY, INC.,** | |
| Defendants. | |

A hearing on the Motion to Strike by Defendant Orkin Exterminating Company, Inc. (d/b/a Orkin Pest Control) has been noticed for November 21, 2008 at 9:00 a.m. at this Court's location in San Jose, California.  As counsel for Defendants Archstone Willow Glen Apartments, Tishman Speyer Archstone-Smith and Cathy Butcher is located outside of the Northern District in Marina del Rey, California, counsel for the Archstone defendants respectfully requests leave to appear telephonically, via CourtCall.

All parties to this matter stipulate to telephonic appearance by Archstone's counsel at this matter.

**IT IS SO STIPULATED:**

|  |  |
|---|---|
| _____ | *s/ Theresa L. Kitay* |
| Rufus L. Cole (SB # 60843) | Theresa L. Kitay (SB # 237311) |
| COLE & FASANO | Attorney at Law |
| 720 Market Street, 10th Floor | Attorney for ARCHSTONE WILLOW |
| San Francisco, CA 94102-2500 | GLEN APARTMENTS, TISHMAN |
| (415) 956-8800 | SPEYER ARCHSTONE-SMITH, and |
| Attorneys for DONNA PRATT | CATHY BUTCHER |
|  | November 7, 2008 |
| _____ |  |
| W. Stuart Home, III (SB # 155077) |  |
| RIMAC MARTIN, PC |  |
| 1051 Divisadero Street |  |
| San Francisco, CA 94115 |  |
| (415) 561-8440 |  |
| Attorneys for ORKIN EXTERMINATING CO., INC. (d/b/a ORKIN PEST CONTROL) |  |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 11/10/08                         _____
                                       Judge Jeremy Fogel
                                       United States District Court – N.D. California

1 | All parties to this matter stipulate to telephonic appearance by Archstone's counsel at this
2 | matter.

3 | **IT IS SO STIPULATED:**

4

5 | _____      s/ Theresa L. Kitay
6 | Rufus L. Cole (SB # 60843)              Theresa L. Kitay (SB # 237311)
  | COLE & FASANO                           Attorney at Law
7 | 720 Market Street, 10th Floor           Attorney for ARCHSTONE WILLOW
  | San Francisco, CA 94102-2500            GLEN APARTMENTS, TISHMAN
  | (415) 956-8800                          SPEYER ARCHSTONE-SMITH, and
8 | Attorneys for DONNA PRATT               CATHY BUTCHER

9                                           November 6, 2008
  | _____
10| W. Stuart Home, III (SB # 155077)
  | RIMAC MARTIN, PC
11| 1051 Divisadero Street
  | San Francisco, CA 94115
12| (415) 561-8440
  | Attorneys for ORKIN EXTERMINATING
13| CO., INC. (d/b/a ORKIN PEST CONTROL)

14

15 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17 | Date: _____          _____
                                            Judge Jeremy Fogel
18                                          United States District Court – N.D. California

---

2

Stipulation For Counsel to Appear Telephonically – Case No. CV: 08-3588-RS

1     All parties to this matter stipulate to telephonic appearance by Archstone's counsel at this
2 matter.

3     **IT IS SO STIPULATED:**

4

5                                                    *s/ Theresa L. Kitay*

| Rufus L. Cole (SB # 60843) | Theresa L. Kitay (SB # 237311) |
| COLE & FASANO | Attorney at Law |
| 720 Market Street, 10th Floor | Attorney for ARCHSTONE WILLOW |
| San Francisco, CA 94102-2500 | GLEN APARTMENTS, TISHMAN |
| (415) 956-8800 | SPEYER ARCHSTONE-SMITH, and |
| Attorneys for DONNA PRATT | CATHY BUTCHER |

[signature]

W. Stuart Home, III (SB # 155077)
RIMAC MARTIN, PC
1051 Divisadero Street
San Francisco, CA 94115
(415) 561-8440
Attorneys for ORKIN EXTERMINATING
CO., INC. (d/b/a ORKIN PEST CONTROL)

November 6, 2008

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

                                                   _____
Judge Jeremy Fogel
United States District Court – N.D. California

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Rufus L. Cole
    Cole & Fasano
    720 Market Street, 10th Floor
    San Francisco, CA  94102-2500

    W. Stuart Home, III RIMAC MARTIN, PC
    1051 Divisadero Street
    San Francisco, CA  94115


*s/ Theresa L. Kitay*
_____
Theresa L. Kitay
Attorney at Law