| | |
|---|---|
| **RIMAC MARTIN, PC**<br>ANNA M. MARTIN - State Bar No. 154279<br>W. STUART HOME, III - State Bar No. 155077<br>*amartin@rimacmartin.com*<br>*shome@rimacmartin.com*<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile   (415) 561-8430 | *E-FILED 2/19/09* |

Attorneys for Defendant
ORKIN EXTERMINATING CO., INC.
(dba ORKIN PEST CONTROL)


Rufus L. Cole, Esq. (SB# 60843)
**COLE & FASANO**
720 Market Street, 10th Floor
San Francisco, CA 94102-2500
Telephone: (415) 956-8800
Facsimile: (415) 956-8811

Attorney for Plaintiff
DONNA PRATT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## E-FILING

| | |
|---|---|
| DONNA PRATT,<br><br>        Plaintiff,<br><br>vs.<br><br>ARCHSTONE WILLOW GLEN APARTMENTS,<br>TISHMAN SPEYER ARCHSTONE-SMITH,<br>CATHY BUTCHER, ORKIN PEST CONTROL,<br>ORKIN EXTERMINATING COMPANY, INC.<br><br>        Defendants. | ) **CASE NO.  CV-08-3588 JF RS**<br>)<br>) **STIPULATION FOR AN ORDER**<br>) **SHORTENING TIME ON MOTION**<br>) **TO COMPEL DISCOVERY**<br>)<br>) The Honorable Richard Seeborg<br>)<br>)<br>) |

Defendant **ORKIN EXTERMINATING CO., INC.  (dba ORKIN PEST CONTROL)**

(hereinafter referred to as "ORKIN") and plaintiff DONNA PRATT hereby stipulate to the

following:

///

- 1 -

**STIPULATION FOR AN ORDER**
**SHORTENING TIME ON MOTION TO COMPEL**                                         **CASE NO. CV-08-3588 JF RS**

1   Whereas, ORKIN seeks to have a motion to compel considered by the Court on shortened
2   notice to avoid delay in a mediation currently scheduled for April 29, 2009 and the delay of the
3   deposition of plaintiff Donna Pratt currently scheduled for March 24, 2009,

4   The parties agree to shortened notice for motion to compel so that the hearing on Orkin's
5   motion may take place on March 4, 2009 with the following briefing schedule:

6       Opposition to motion due by February 24, 2009
7       Reply to opposition to motion due by February 27, 2009.

8   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

9       RIMAC MARTIN, PC

11  DATED: February 17, 2009   By:   /s/ **W. STUART HOME, III**
12      W. STUART HOME, III
        Attorneys for Defendants
        ORKIN PEST CONTROL and
13      ORKIN EXTERMINATING COMPANY, INC

14      LAW OFFICE OF RUFUS L. COLE

16  DATED: February 17, 2009   By:   /s/ **RUFUS L. COLE**
        RUFUS L. COLE
        Attorneys for Plaintiff
17      DONNA PRATT

19  **ORDER**

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22  DATED: 2/19/09   _[signature]_
23      UNITED STATES DISTRICT COURT JUDGE

- 2 -

**STIPULATION FOR AN ORDER**
**SHORTENING TIME ON MOTION TO COMPEL**    **CASE NO. CV-08-3588 JF RS**