| | |
|---|---|
| 1  **RIMAC MARTIN, PC**<br>ANNA M. MARTIN - State Bar No. 154279<br>2  W. STUART HOME, III - State Bar No. 155077<br>*amartin@rimacmartin.com*<br>3  *shome@rimacmartin.com*<br>1051 Divisadero Street<br>4  San Francisco, California 94115<br>Telephone (415) 561-8440<br>5  Facsimile  (415) 561-8430 | **E-Filed 2/24/09** |

6  Attorneys for Defendants
   ORKIN PEST CONTROL and
7  ORKIN EXTERMINATING COMPANY, INC.

8  Rufus L. Cole, Esq. (SB# 60843)
   **COLE & FASANO**
   720 Market Street, 10th Floor
9  San Francisco, CA 94102-2500
   Telephone: (415) 956-8800
10 Facsimile: (415) 956-8811

11 Attorney for Plaintiff
   DONNA PRATT
12
   Theresa L. Kitay, Esq. (SB# 237311)
13 **LAW OFFICE OF THERESA L. KITAY**
   578 Washington Blvd., Suite 836
14 Marina del Rey, CA 90292
   Telephone: (310) 578-9134
15 Facsimile: (770) 454-0126

16 Attorney for Defendants
   ARCHSTONE WILLOW GLEN APARTMENTS
17 ARCHSTONE-SMITH, CATHY BUTCHER

18                 **UNITED STATES DISTRICT COURT**

19                 **NORTHERN DISTRICT OF CALIFORNIA**

20                                                **E-FILING**

| | |
|---|---|
| 21  DONNA PRATT, | ) |
| 22         Plaintiff, | ) **CASE NO.  CV-08-3588 JF RS**<br>) |
| 23  vs. | )<br>) **STIPULATION TO EXTEND** |
| 24  ACHSTONE WILLOW GLEN APARTMENTS,<br>TISHMAN SPEYER ARCHSTONE-SMITH, | ) **DEADLINE FOR MEDIATION;**<br>) **REQUEST TO BE REMOVED FROM**<br>) **THE COURT'S ADR PROGRAM;** |
| 25  CATHY BUTCHER, ORKIN PEST CONTROL,<br>ORKIN EXTERMINATING COMPANY, INC. | ) **AND, REQUEST FOR**<br>) **CONTINUANCE OF 3/30/09 CASE** |
| 26         | ) **MANAGEMENT CONFERENCE;** |
| 27         Defendants. | ) **[PROPOSED] ORDER**<br>) |

28

--- - 1 - ---

**STIPULATION TO EXTEND MEDIATION
DEADLINE; REMOVAL FROM COURT'S
ADR AND CONTINUANCE OF CMC**                                     **CASE NO.  CV-08-3588 JF RS**

1  The parties, by and through their respective attorneys of record stipulate as follows:

2  Whereas, the parties have been previously ordered by the court on November 21, 2008 to
3  the Court's ADR program and were ordered to proceed with court mediation with a 90-day
4  deadline, and

5  Whereas, since that time the parties have been actively participating in discovery
6  including written discovery and depositions with said discovery expected to continue at least
7  through early April, and

8  Whereas, the parties agree that the completion of additional discovery is necessary prior
9  to participating in mediation.  Said discovery includes Orkin subpoenaing medical records and
10 other records relating to the incident prior to the deposition of Donna Pratt.

11 Whereas the parties now wish to have this matter removed from the Court's ADR
12 program and instead to conduct a mediation with mediator Viggo Boserup with J.A.M.S. that is
13 scheduled to take place on April 29, 2009;

14 The parties stipulate that it is in the interests of justice and judicial economy for the Court
15 to relieve the parties from the prior appointment to the ADR program and to replace the
16 previously ordered Court mediation with mediation through a private mediator that the parties
17 have selected.  Said private mediation will be concluded by no later than May 1, 2009 and the
18 case management conference with the court, currently scheduled on March 20, 2009, will be
19 continued to a date after the mediation deadline.

20 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

22                                         RIMAC  MARTIN, PC

24 DATED: February 17, 2009        By:    /s/ **W. STUART HOME, III**
                                          W. STUART HOME, III
25                                        Attorneys for Defendants
                                          ORKIN PEST CONTROL and
26                                        ORKIN EXTERMINATING COMPANY, INC

|   |   |   |   |
|---|---|---|---|
| 1 | | | LAW OFFICE OF RUFUS L. COLE |
| 3 | DATED: February 17, 2009 | By: | /s/ **Rufus L. Cole** |
| 4 | | | RUFUS L. COLE<br>Attorneys for Plaintiff<br>DONNA PRATT |
| 6 | | | LAW OFFICES OF THERESA L. KITAY |
| 8 | DATED: February 17, 2009 | By: | /s/ **Theresa L. Kitay** |
| 9 | | | THERESA L. KITAY<br>Attorneys for Defendants<br>ARCHSTONE WILLOW GLEN APARTMENTS,<br>TISHMAN SPEYER ARCHSTONE-SMITH, and<br>CATHY BUTCHER |

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is CONTINUED to May 22, 2009 at 10:30 a.m.

DATED: 2/23/09

_____
UNITED STATES DISTRICT COURT JUDGE

- 3 -

**STIPULATION TO EXTEND MEDIATION
DEADLINE; REMOVAL FROM COURT'S
ADR AND CONTINUANCE OF CMC**                             **CASE NO. CV-08-3588 JF RS**