***E-Filed 3/6/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DONNA PRATT,

    Plaintiff,

v.

ARCHSTONE WILLOW GLEN APARTMENTS, et al.,

    Defendants.

                                          /

NO. C 08-3588 JF (RS)

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL**

    Defendant Orkin Exterminating Co. ("Orkin") moves to compel plaintiff Donna Pratt to respond to interrogatory numbers six, seven, ten, and thirteen relating to her past and present medical conditions. This matter came on for hearing on March 6, 2009.

    Regarding interrogatory numbers six and seven, Pratt represents that her amended responses encompass her complete recollection regarding each and every doctor or hospital visit over the past fifteen years. Accordingly, no further responses to these interrogatories will be required. If further information becomes available, Pratt remains under an obligation to supplement her responses. Regarding interrogatory numbers ten and thirteen, Pratt merely identifies various paragraphs of her complaint as her response. As a more complete response is warranted, Pratt shall supplement her answers to these interrogatories by March 20, 2009. Finally, Orkin and Pratt each ask for attorney's fees and costs incurred with this motion. Neither Orkin nor Pratt, however, filed their motion for

sanctions separately as required by Civil Local Rules 37-3 and 7-8.  Even if they had complied with the procedures set forth in those provisions, no basis exists to shift costs in this discovery dispute.

IT IS SO ORDERED.

Dated: 3/6/09

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL
C 08-3588 JF (RS)

2