| | |
|---|---|
| 1 | **RIMAC MARTIN, PC** |
| | ANNA M. MARTIN - State Bar No. 154279 |
| 2 | WILLIAM REILLY - State Bar No. 177550 |
| | amartin@rimacmartin.com |
| 3 | W_REILLY@rimacmartin.com |
| | 1051 Divisadero Street |
| 4 | San Francisco, California 94115 |
| | Telephone (415) 561-8440 |
| 5 | Facsimile   (415) 561-8430 |
| 6 | Attorneys for Defendants |
| | ORKIN PEST CONTROL and |
| 7 | ORKIN EXTERMINATING COMPANY, INC. |
| 8 | Rufus L. Cole, Esq. (SB# 60843) |
| | **COLE & FASANO** |
| 9 | 720 Market Street, 10th Floor |
| | San Francisco, CA 94102-2500 |
| 10 | Telephone: (415) 956-8800 |
| | Facsimile: (415) 956-8811 |
| 11 | |
| 12 | Attorney for Plaintiff |
| | DONNA PRATT |
| 13 | Theresa L. Kitay, Esq. (SB# 237311) |
| | **LAW OFFICE OF THERESA L. KITAY** |
| 14 | 578 Washington Blvd., Suite 836 |
| | Marina del Rey, CA 90292 |
| 15 | Telephone: (310) 578-9134 |
| | Facsimile: (770) 454-0126 |
| 16 | |
| 17 | Attorney for Defendants |
| | ARCHSTONE WILLOW GLEN APARTMENTS |
| 18 | ARCHSTONE-SMITH, CATHY BUTCHER |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILING*

| | | |
|---|---|---|
| DONNA PRATT, | ) | |
| | ) | **CASE NO.  CV-08-3588  JF RS** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| | ) | **SETTING EXPERT DISCOVERY** |
| ACHSTONE WILLOW GLEN APARTMENTS, | ) | **DATES** |
| TISHMAN SPEYER ARCHSTONE-SMITH, | ) | |
| CATHY BUTCHER, ORKIN PEST CONTROL, | ) | |
| ORKIN EXTERMINATING COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

- 1 -

**STIPULATION AND ORDER**
**SETTING EXPERT DISCOVERY DATES**                                                       **CASE NO.  CV-08-3588 JF RS**

1  The parties, by and through their respective attorneys of record stipulate to the below dates. The dates listed in italics were already stated in the Court's May 22, 2009 Minute Order:

*Discovery cut-off November 30, 2009*

Experts disclosed on or before January 4, 2010

Rebuttal experts disclosed on or before February 3, 2010

*Last day to hear dispositive motions is February 26, 2010*

Expert discovery cut-off March 5, 2010

*Pretrial Conference on March 19, 2010*

*Case set for jury trial on April 2, 2010 at 1:30 p.m.*

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

RIMAC MARTIN
A Professional Corporation

DATED: June 12, 2009      By:      /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendants
ORKIN PEST CONTROL and
ORKIN EXTERMINATING COMPANY, INC

LAW OFFICE OF RUFUS L. COLE

DATED: June 12, 2009      By:      /s/ **RUFUS L. COLE**
RUFUS L. COLE
Attorneys for Plaintiff
DONNA PRATT

LAW OFFICES OF THERESA L. KITAY

DATED: June 12, 2009      By:      /s/ **THERESA L. KITAY**
THERESA L. KITAY
Attorneys for Defendants
ARCHSTONE WILLOW GLEN APARTMENTS,
TISHMAN SPEYER ARCHSTONE-SMITH, and
CATHY BUTCHER

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/19/09                                    _____
                                                 UNITED STATES DISTRICT COURT JUDGE

- 2 -

**STIPULATION AND ORDER**
**SETTING EXPERT DISCOVERY DATES**                    CASE NO. CV-08-3588 JF RS