1

2                                              **E-Filed 7/22/2009**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   DONNA PRATT,                          Case Number C 08-3588 JF (RS)

13                    Plaintiff,           ORDER[1] OVERRULING OBJECTION
                                           TO ORDER OF MAGISTRATE
14          v.                             JUDGE SEEBORG

15

16   ARCHSTONE WILLOW GLEN APARTMENTS;     [re: doc. no. 57]
     TISHMAN SPEYER ARCHSTONE-SMITH;
17   CATHY BUTCHER; ORKIN PEST CONTROL;
     and ORKIN EXTERMINATING COMPANY,
18   INC.,

19                    Defendants.

20

21          Defendants object to Magistrate Judge Seeborg's order of July 10, 2009, which denied

     their motion to add a second day to the scheduled deposition of Plaintiff.  The basis of the motion

22   was Defendants' anticipation that they would require more than one day to depose Plaintiff in

23   light of her multiple claims for relief.  In denying the request, Judge Seeborg stated that

24   "defendants fail to show why this examination requires fourteen hours or why every effort should

25   not be made to complete the deposition in the standard time allotted.  Defendants should

26

27
     ───────────────────────

28          [1] This disposition is not designated for publication in the official reports.

     Case No. C 08-3588 JF (RS)
     ORDER OVERRULING OBJECTION TO ORDER OF MAGISTRATE JUDGE SEEBORG
     (JFLC1)

1   complete their first seven hour deposition before seeking leave for additional time." Order at 2.

2           "Unless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7

3   hours." Fed. R. Civ. P. 30(d)(1).  A court may order an enlargement of time for good cause. *See*

4   Fed. R. Civ. P. 26(b).  Defendants did not meet their burden of showing good cause for an

5   extension, especially prior to conducting the initial deposition.  Judge Seeborg's order does not

6   preclude Defendants from requesting additional time if circumstances so warrant.  Because Judge

7   Seeborg's order was not clearly erroneous or contrary to law, *see* Fed. R. Civ. P. 72(a),

8   Defendants' objection is overruled.

9

10  IT IS SO ORDERED.

11

12

13  DATED: July 22, 2009

14

15                                                  _____
                                                    JEREMY FOGEL
16                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C C 08-3588 JF (RS)
ORDER OVERRULING OBJECTION TO ORDER OF MAGISTRATE JUDGE SEEBORG
(JFLC1)

1

2
This Order was served on the following persons:

3
Anna M. Martin      annamartin@rimacmartin.com, arpibalian@rimacmartin.com,
kgill@rimacmartin.com, kplishke@rimacmartin.com, w_reilly@rimacmartin.com

4
Rufus L. Cole      rcole@rufuscole.com, lheller@rufuscole.com

5
Theresa Lynne Kitay      tkitay@kitaylaw.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C C 08-3588 JF (RS)
ORDER OVERRULING OBJECTION TO ORDER OF MAGISTRATE JUDGE SEEBORG
(JFLC1)