**E-Filed 9/14/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA PRATT,<br><br>                Plaintiff,<br><br>                v.<br><br>ARCHSTONE WILLOW GLEN APARTMENTS, et al.,<br><br>                Defendants. | Case Number C 08-3588 JF (RS)<br><br>ORDER OF DISMISSAL |

    The Court has been advised that the parties have agreed to a settlement of this case.

    IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

    All hearings and/or trial dates set in this matter are VACATED.

Dated: September 14, 2009

                                                          _____<br>
                                                          JEREMY FOGEL<br>
                                                          United States District Judge

Copies of Order served on:

Anna M. Martin    annamartin@rimacmartin.com, arpibalian@rimacmartin.com, kgill@rimacmartin.com, kplishke@rimacmartin.com, w_reilly@rimacmartin.com

Rufus L. Cole    rcole@rufuscole.com, lheller@rufuscole.com

Theresa Lynne Kitay    tkitay@kitaylaw.net

Case No. C 07-4789 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)